*Fiorello H. La Guardia, Fred Hertan* and *Lewis Abrahams* for appellant.

*John P. McGrath* and *Abraham J. Multer* for petitioner, respondent.

Order affirmed upon the ground that the findings of the courts below are in conformity with the clear weight of the evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

In the Matter of CORNELIUS A. HALL, Respondent, against WILLIAM J HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and ROBERT S. WOODWARD, Appellant.

Argued October 24, 1945; decided October 26, 1945.

*William A. Smith* for appellant.

*Benjamin Gassman* and *Angelo Constantino* for Cornelius A. Hall, respondent.

*Samuel D. Smoleff* for Citizens Union of the City of New York, *amicus curiæ*.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.